```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW HAMPSHIRE
```

Brian Edward Mahoney

      v.                                              Civil No. 14cv431-JD

State of NH, et al.

## O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 28, 2015.

    SO ORDERED.

                                                      */s/ Joseph A. DiClerico, Jr.*
                                                        Joseph A. DiClerico, Jr.
                                                        United States District Judge

Date: June 17, 2015

cc:   Brian Edward Mahoney, pro se