UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Brian Edward Mahoney</u>

v.                                                          Civil No. 14cv431-JD

<u>State of NH, et al.</u>

## **J U D G M E N T**

In accordance with the Report and Recommendation dated May 28, 2015, by Magistrate Judge Andrea K. Johnstone, and the Order dated June 17, 2015, by District Judge Joseph A. DiClerico, Jr., judgment is hereby entered.

By the Court,

/s/ Daniel J. Lynch
Daniel J. Lynch
Clerk of Court

Date: June 17, 2015

cc:    Brian Edward Mahoney, pro se